B6A (Official Form 6A) (12/07)

3/31/09 6:34PM

In re   Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.                Case No. 09-bk-10876
                                    Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 214 South Main Street, Shawano, WI 54166 | Fee simple | - | 147,900.00 | 80,068.12 |
| 201 North Airport Drive, Shawano, WI 54166 | | - | 0.00 | 0.00 |
| 153 South Main Street, Shawano, WI 54166 | Fee simple | - | 159,700.00 | 0.00 |
| 143/145 South Main Street, Shawano, WI 54166 | Fee simple | - | 288,000.00 | 944,601.70 |
| 128 East Green Bay Street, Shawano, WI 54166 | Fee simple | - | 375,000.00 | 944,601.70 |
| 104 Old Lake Road, Shawano, WI 54166 | Fee simple | - | 110,000.00 | 944,601.70 |
| N5606 State Highway 47/55, Shawano, WI | Fee simple | - | 280,000.00 | 187,840.00 |
| N5674 State Highway 47/55, Shawano, WI 54166 | Fee simple | - | 133,700.00 | 1,500.00 |
| N5670 State Highway 47/55, Shawano, WI 54166 | Fee simple | - | 376,100.00 | 944,601.70 |
| N5805 Oak Drive, Shawano, WI 54166 | Fee simple | - | 94,900.00 | 59,515.23 |
| 1214 East Green Bay Street, Shawano, WI 54166 | Fee simple | - | 322,622.00 | 944,601.70 |
| 303 East Green Bay Street, Shawano, WI 54166 | Fee simple | - | 286,500.00 | 0.00 |
| 1247 East Green Bay Street, Shawano, WI 54166 | Fee simple | - | 687,800.00 | 944,601.70 |
| Vacant Land on Old Lake Road, Shawano, WI 54166 | Fee simple | - | 125,000.00 | 0.00 |
| Vacant lot on Mill Street, Shawano, WI 54166 | Fee simple | - | 16,500.00 | 0.00 |
| N5908 Oak Drive, Shawano, WI 54166 | Fee simple | - | 201,030.00 | 0.00 |
| 1206 East Green Bay Street, Shawano, WI 54166 | Fee simple | - | Unknown | 1,207,853.03 |
| N5696 State Highway 47/55, Shawano, WI 54166 | | - | 98,600.00 | 187,840.00 |
| | | Sub-Total > | 3,703,352.00 | (Total of this page) |

__1__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.** ,   Case No. __09-bk-10876__

Debtor

## SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1247 East Green Bay Street lot, Shawano, WI 54166 | Fee simple | - | 33,000.00 | 0.00 |

 

Sub-Total >    33,000.00    (Total of this page)

Total >    3,736,352.00

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)