In re  Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.  ,  Case No. __09-bk-10876__
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>AKJ Development Corp.<br>P.O. Box 510275<br>Key Colony Beach, FL 33051 | - | | 1330 East Green Bay St., Shawano, WI | | | | 1,153,336.79 |
| Account No.<br><br>American Bank of St. Paul<br>1578 University Avenue West<br>Saint Paul, MN 55104 | - | | 2611 Bridge Avenue, Albert Lea, MN | | | | 596,577.69 |
| Account No.<br><br>Associated Bank, N.A.<br>222 Bush Street<br>PO Box 42<br>Red Wing, MN 55066 | - | | | | | X | 13,034.00 |
| Account No.<br><br>Associated Bank, N.A.<br>222 Bush Street,<br>Red Wing, MN 55066 | - | | | | | | 45,675.00 |
| __13__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,808,623.48 |

In re  Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.,  Case No. 09-bk-10876
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>AT&T<br>32 Avenue of the Americas<br>New York, NY 10013-2412 | - | | | | | X | 9,131.34 |
| Account No.<br><br>Automated Roof Removal Systems Inc.<br>1350 S Frontage Rd.<br>Hasting, MN 55033 | - | | | | | | 38,000.00 |
| Account No.<br><br>Azariah Fayas<br>815 Pearl St<br>Yankton, SD 57078-3626 | - | | | | | | 10,000.00 |
| Account No.<br><br>Balboa Capital<br>2010 Main Street<br>11th Floor<br>Irvine, CA 92614-7203 | - | | Unsecured equipment lease | | | | 36,067.32 |
| Account No.<br><br>Beck, Chaet, Bamberger & Polsky, S.C.<br>Two Plaza East, Suite 1085<br>330 East Kilbourn Ave.<br>Milwaukee, WI 53202 | - | | | | | X | 2,069.08 |

Sheet no. __1__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 95,267.74

In re   **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.** ,   Case No.   **09-bk-10876**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Caleb Ritland<br>6300 Montgomery Blvd. NE 115<br>Albuquerque, NM 87109 | - | | | | | | 20,000.00 |
| Account No.<br><br>City of Shawano<br>127 S. Sawyer Street<br>Shawano, WI 54166 | - | | | | | X | Unknown |
| Account No.<br><br>Dave Villiard<br>N5836 State Hwy 47 55<br>Shawano, WI 54166 | - | | | | | | 12,000.00 |
| Account No.<br><br>Deanna Ballinger<br>N5660 State Hwy 47/ 55<br>Shawano, WI 54166 | - | | | | | | 166,225.22 |
| Account No.<br><br>Dennis Villiard<br>N5828 State Hwy 47 55<br>Shawano, WI 54166 | - | | | | | | 70,700.00 |

Sheet no. **2** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **268,925.22**

In re **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**, Case No. **09-bk-10876**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Diane Cooper<br>N5660 State Hwy 47 55<br>Shawano, WI 54166 | | - | | | | | 36,539.00 |
| Account No.<br><br>Dr. Avraham Cohen<br>3716 Michelle Way<br>Pikesville, MD 21208 | | - | | | | | 457,400.19 |
| Account No.<br><br>Dr. Deborah Cohen<br>3716 Michelle Way<br>Pikesville, MD 21208 | | - | | | | | 205,000.00 |
| Account No.<br><br>Draeger Oil Company, Inc<br>704 Fourth Avenue<br>Antigo, WI 54409 | | - | | | X | | 221,946.66 |
| Account No.<br><br>Esther Steenlage<br>516 6th St<br>Newport, MN 55055 | | - | | | | | 2,000.00 |

Sheet no. **3** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **922,885.85**

In re  **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**,   Case No. **09-bk-10876**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Firestone Financial Corp.<br>27 Christina Street<br>PO Box 610325<br>Newton Highlands, MA 02461-0325 | - | | | | | | 44,889.00 |
| Account No.<br><br>First Lease, Inc.<br>185 Commerce Drive<br>Unit 102<br>Fort Washington, PA 19034 | - | | | | | | 41,121.63 |
| Account No.<br><br>Foley and Lardner<br>777 East Wisconsin Ave.<br>Milwaukee, WI 53202 | - | | | | | | 3,709.70 |
| Account No.<br><br>Frontier<br>Debi Ray<br>19 John St.<br>Middletown, NY 10940 | - | | | | | X | 527.23 |
| Account No.<br><br>Frontier<br>Debi Ray<br>19 John St.<br>Middletown, NY 10940 | - | | | | | X | 441.78 |

Sheet no. **4** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    90,689.34

In re  **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**,   Case No. __09-bk-10876__
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Frontier<br>Debi Ray<br>19 John St.<br>Middletown, NY 10940 | | - | | | | X | 346.65 |
| Account No.<br><br>Frontier<br>Debi Ray<br>19 John St.<br>Middletown, NY 10940 | | - | | | | X | 317.88 |
| Account No.<br><br>Frontier<br>Debi Ray<br>19 John St.<br>Middletown, NY 10940 | | - | | | | X | 3,086.73 |
| Account No.<br><br>Frontier<br>Debi Ray<br>19 John St.<br>Middletown, NY 10940 | | - | | | | X | 1,182.52 |
| Account No.<br><br>Frontier<br>Debi Ray<br>19 John St.<br>Middletown, NY 10940 | | - | | | | X | 1,356.28 |

Sheet no. __5__ of __13__ sheets attached to Schedule of   Subtotal   6,290.06
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)

In re  **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**,   Case No. __09-bk-10876__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Frontier <br> Debi Ray <br> 19 John St. <br> Middletown, NY 10940 | - | | | | | X | 519.18 |
| Account No. <br><br> Garrow Oil Corp., Inc. <br> 504 W. Edgewood Drive <br> Appleton, WI 54913-8798 | - | | | | | | 113,709.09 |
| Account No. <br><br> Gary Burk <br> 8054 N 64th St <br> Brown Deer, WI 53223 | - | | | | | | 61,500.00 |
| Account No. <br><br> Godfrey & Kahn <br> 780 North Water St. <br> Milwaukee, WI 53202 | - | | | | | X | 3,849.09 |
| Account No. <br><br> Gulf Coast Bank and Trust Company <br> 200 St. Charles Avenue <br> New Orleans, LA 70130 | - | | | | | X | 1,777,502.86 |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 1,957,080.22

In re  **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**  ,   Case No.  **09-bk-10876**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>HSBC Business Solutions<br>One HSBC Center<br>2 West Wing - Lockbox<br>Buffalo, NY 14203 | - | | | | | X | 14,722.25 |
| Account No.<br><br>IKON Office Solutions<br>810-820 Gears Rd.<br>Houston, TX 77067 | - | | | | | X | 2,588.00 |
| Account No.<br><br>Integrity First Bank<br>101 Grand Avenue<br>Wausau, WI 54403 | - | | | | | X | Unknown |
| Account No.<br><br>Jackie Benson<br>N5908 Oak Dr<br>Shawano, WI 54166 | - | | | | | | 25,977.21 |
| Account No.<br><br>Jane Ritland<br>W7104 Frailing Rd<br>Shawano, WI 54166 | - | | | | | | 27,293.00 |

Sheet no. **7** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **70,580.46**

In re   Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.  ,   Case No.  09-bk-10876
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jill & Randy Yungerberg <br> 365 Smith Ave N <br> St. Paul, MN 55102 | | - | | | | | 291,600.00 |
| Account No. <br><br> Journal Broadcasting Group <br> c/o Greg Conway <br> Liebmann, Conway, Olejniczak & Jerry, SC <br> 231 South Adams Street <br> Green Bay, WI 54305-3200 | | - | | | | X | 5,899.75 |
| Account No. <br><br> Laureen & Deanna Ballinger <br> 328 4th St SE #101 <br> Minneapolis, MN 55414 | | - | | | | | 280,000.00 |
| Account No. <br><br> Law Office of Gregory A. Hession J.D. <br> 172 Thompson St. <br> Springfield, MA 01109 | | - | | | | | 1,390.00 |
| Account No. <br><br> Lee Enterprises, Inc. <br> c/o Greg Conway <br> Liebmann, Conway, Olejniczak & Jerry, SC <br> 231 South Adams Street <br> Green Bay, WI 54305-3200 | | - | | | | X | 4,950.58 |

Sheet no. 8 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   583,840.33

In re **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**, Debtor     Case No. **09-bk-10876**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lorna & Donald Marquardt<br>c/o James A. Chereskin, Esquire<br>The Aschenbrener Law Office<br>208 West Green Bay Street<br>Shawano, WI 54166 | - | | | | | X | Unknown |
| Account No.<br><br>MaryAnn Kemp<br>1511 NE 3rd Ave #204<br>Rochester, MN 55906 | - | | | | | | 6,500.00 |
| Account No.<br><br>Methuselah Brown<br>N9738 Korb. Rd<br>St. Cloud, WI 53079 | - | | | | | | 30,000.00 |
| Account No.<br><br>MMG Financial<br>11 Sydenham St<br>Dundas, ON L9H 2T5 | - | | | | | X | 190,000.00 |
| Account No.<br><br>Naomi Isaacson<br>328 4th St SE #101<br>Minneapolis, MN 55414 | - | | | | | | 50,000.00 |

Sheet no. **9** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **276,500.00**

In re  Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. , Case No. 09-bk-10876
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Naomi Isaacson & Laureen Ballinger <br> 328 4th St SE #101 <br> Minneapolis, MN 55414 | | - | | | | | 111,000.00 |
| Account No. <br> Peter & Rebekah Nett <br> 366 Smith Ave N <br> St. Paul, MN 55102 | | - | | | | | 35,000.00 |
| Account No. <br> Peter Brown <br> 11587 County 2 <br> Stewartville, MN 55976 | | - | | | | | 17,000.00 |
| Account No. <br> Rebecca Gietman <br> 105 West 3rd. <br> Kaukauna, WI 54130-2444 | | - | | | | X | 16,100.11 |
| Account No. <br> Robert & Roberta Steenlage <br> W24418 Holcomb Coulee Rd <br> Galesville, WI 54630 | | - | | | | | 18,200.00 |

Sheet no. 10 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 197,300.11

In re **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**, Case No. **09-bk-10876**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ruth Sindt<br>4018 Beau-Monde Dr #218<br>Lyle, IL 60532 | - | | | | | | 5,000.00 |
| Account No.<br><br>Shawano Municipal Utilites<br>122 N Sawyer St<br>Po Box 436<br>Shawano, WI 54166 | - | | | | | X | 12,999.86 |
| Account No.<br><br>Southwest Guaranty<br>1313 Campbell Rd<br>Building D<br>Houston, TX 77055-6429 | - | | | | | X | 2,143,206.89 |
| Account No.<br><br>Sprint<br>KSOPHT0101-Z4300<br>6391 Sprint Parkway<br>Overland Park, KS 66251-4300 | - | | | | | X | 5,100.00 |
| Account No.<br><br>Thelma Brown<br>4308 Arthur St NE<br>Columbia Heights, MN 55421 | - | | | | | | 28,000.00 |

Sheet no. **11** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,194,306.75**

In re **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**, Debtor  Case No. **09-bk-10876**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx0802<br><br>Vermillion State Bank<br>107 East Main Street<br>Vermillion, MN 55085 | - | | 3355 Hadley Avenue North, Oakdale, MN; 2900 Cutters Grove Avenue, Anoka, MN; Vacant land in LeSueur County, MN; 1956 Feronia Ave., St. Paul, MN | | | | 1,808,629.95 |
| Account No.<br><br>WE Energies<br>Company Office<br>231 W. Michigan St.<br>Milwaukee, WI 53203 | - | | | | X | | 51,632.76 |
| Account No. xxxxxx0520<br><br>Wells Fargo<br>Business Direct Division<br>PO Box 7666<br>Boise, ID 83707-1666 | - | | | | | | 100,000.00 |
| Account No. xxxxxx1212<br><br>Wells Fargo<br>Business Direct Division<br>PO Box 7666<br>Boise, ID 83707-1666 | - | | | | | | 50,000.00 |
| Account No.<br><br>William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303-5012 | - | | | | | | 2,090,300.20 |

Sheet no. **12** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,100,562.91**

In re **Dr. R.C. Samanta Roy Institute of Science & Technology, Inc.**, Case No. **09-bk-10876**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> William A. Egan, d/b/a Egan Oil Company <br> 500 Bunker Lake Blvd NW <br> Anoka, MN 55303-5012 | | - | 236 Grand Avenue, St. Paul, MN | | | | 1,092,937.92 |
| Account No. <br><br> Zechariah Sindt <br> 406 Court Street <br> Albert Lea, MN 56007 | | - | | | | | 33,000.00 |
| Account No. <br><br> Zien Service, Inc. <br> 2303 W. Mill Road <br> Glendale, WI 53209 | | - | | | | X | 18,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **13** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,143,937.92**

Total (Report on Summary of Schedules) **13,716,790.39**