In re    Midwest Oil of Minnesota, LLC                         ,    Case No. __09-bk-10878__
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
   List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. <br><br> American Bank of St. Paul <br> 1578 University Avenue West <br> Saint Paul, MN 55104 | - | | | Mortgage <br> All inventory, chattel paper, accounts, equipment, general intangibles and fixtures; all accessions, additions, replacements and substitutions related to the foregoing; any records related to the foregoing; all proceeds related to the foreg <br> Value $    0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br> American Bank of St. Paul <br> 1578 University Avenue West <br> Saint Paul, MN 55104 | - | | | Mortgage <br><br> 2611 Bridge Avenue, Albert Lea, MN 56007 <br><br> Value $    1,150,000.00 | | | | 596,577.69 | 0.00 |
| Account No. <br><br> Associated Bank, N.A. <br> 222 Bush Street <br> PO Box 42 <br> Red Wing, MN 55066 | - | | | <br><br> Value $    0.00 | | | | 45,675.00 | 45,675.00 |
| Account No. <br><br> Dan Larson Enterprises, d/b/a Zahl-Petro <br> 3101 Spring Street NE <br> Minneapolis, MN 55413 | - | | | Mechanic's Lien <br><br> 3355 Hadley Avenue, Oakdale MN <br><br> Value $    0.00 | | | X | 0.00 | 0.00 |
| _3_ continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | | 642,252.69 | 45,675.00 |

In re  **Midwest Oil of Minnesota, LLC**                                  Case No.  **09-bk-10878**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. JPMorgan Chase Bank, N.A., Collateral Agent for TigerPeg Capital Co P.O. Box 4893 TX 77232-4893 | | - | Mortgage 236 Grand Avenue, St. Paul, MN 55102 | | | | | |
| | | | Value $ 2,500,000.00 | | | | 1,092,937.92 | 0.00 |
| Account No. Omni Environmental, Inc. 1014 Bel Air Lane NW Rochester, MN 55901 | | - | Mechanic's lien 3355 Hadley Avenue, Oakdale, MN 55128 | | | | | |
| | | | Value $ 1,900,000.00 | | | | 6,839.95 | 0.00 |
| Account No. Tiger Peg Capital Corp. 707 Travis Street, 3d Floor North TX 2N059 Houston, TX 77002 | | - | Mortgage 236 Grand Avenue, St. Paul, MN | | | | | |
| | | | Value $ Unknown | | | | 1,092,937.92 | Unknown |
| Account No. Vermillion State Bank 107 East Main Street Vermillion, MN 55085 | | - | Mortgage Accounts receivable, inventory, equipment, instruments and chattel paper, general intangibles, documents, government payments and programs, investment property, and deposit accounts | | | | | |
| | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. Vermillion State Bank 107 East Main Street Vermillion, MN 55085 | | - | Mortgage 3355 Hadley Avenue, Oakdale, MN 55128 | | | | | |
| | | | Value $ 1,900,000.00 | | | | 1,808,629.95 | 0.00 |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     **4,001,345.74**     **0.00**

In re **Midwest Oil of Minnesota, LLC**, Debtor  Case No. **09-bk-10878**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>William & Maureen Dunnigan<br>266 Mackubin Street<br>Saint Paul, MN 55102 | | - | Contract for deed<br><br>365/367 Smith Avenue North, St. Paul, MN<br><br>Value $ 0.00 | | | | 350,000.00 | 350,000.00 |
| Account No.<br><br>William A. Egan, d/b/a Egan Oil<br>500 Bunker Lake Boulevard NW<br>Anoka, MN 55303 | | - | Mortgage<br><br>Goods, equipment, storage tanks, etc.<br><br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303-5012 | | - | Mortgage<br><br>2611 Bridge Avenue, Albert Lea, MN 56007<br><br>Value $ 1,150,000.00 | | | | 2,090,300.20 | 1,536,877.89 |
| Account No.<br><br>William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303-5012 | | - | Mortgage<br><br>236 Grand Avenue, St. Paul, MN 55102<br><br>Value $ 2,500,000.00 | | | | 2,090,300.20 | 683,238.12 |
| Account No.<br><br>William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303-5012 | | - | Mortgage<br><br>236 Grand Avenue, St. Paul, MN<br><br>Value $ 0.00 | | | | 1,092,937.92 | 1,092,937.92 |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  5,623,538.32  3,663,053.93

In re **Midwest Oil of Minnesota, LLC**, Debtor     Case No. **09-bk-10878**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>William Dunnigan<br>266 Mackubin Street<br>Saint Paul, MN 55102 | - | | Vendee Interest<br><br>365/367 Smith Avenue North, St. Paul, MN 55102<br><br>Value $ 660,000.00 | | | | 343,000.00 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): **343,000.00**    **0.00**

Total (Report on Summary of Schedules): **10,610,136.75**    **3,708,728.93**