In re  **Midwest Oil of Minnesota, LLC**  
Debtor

Case No. __09-bk-10878__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>3G Enterprises<br>220-77th Avenue NE<br>Fridley, MN 55432 | - | | | | | X | 1,993.90 |
| Account No.<br><br>Alliant Energy<br>PO Box 3066<br>Cedar Rapids, MN 52406 | - | | | | | | 4,974.12 |
| Account No.<br><br>Arendal Dental Clinic<br>101 E. 5th Street #299<br>St. Paul, MN 55101 | - | | | | | | 140,000.00 |
| Account No.<br><br>Associated Bank, N.A.<br>222 Bush Street<br>Red Wing, MN 55066 | - | | | | | | 45,675.00 |

__8__ continuation sheets attached

Subtotal (Total of this page)    192,643.02

In re **Midwest Oil of Minnesota, LLC**, Debtor

Case No. **09-bk-10878**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>B & H Petroleum<br>19932 Hwy 22<br>Mankato, MN 56001 | - | | | | | X | 519.00 |
| Account No.<br><br>Caleb Ritland<br>6300 Montgomery Blvd. NE 115<br>Albuquerque, NM 87109 | - | | | | | X | 10,000.00 |
| Account No.<br><br>CenterPoint Energy<br>800 LaSalle Avenue<br>PO Box 59038<br>Minneapolis, MN 55459-0038 | - | | | | | | 90.89 |
| Account No.<br><br>City of Anoka<br>City Hall<br>2015 First Ave. North<br>Anoka, MN 55303 | - | | | | | X | 1,851.64 |
| Account No.<br><br>City of Oakdale<br>1584 Hadley Avenue North<br>Saint Paul, MN 55128 | - | | | | | X | Unknown |

Sheet no. **1** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **12,461.53**

In re **Midwest Oil of Minnesota, LLC** , Case No. **09-bk-10878**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Connexus Energy** <br> **14601 Ramsey Boulevard** <br> **Ramsey, MN 55303** | - | | | | | | 29,640.64 |
| Account No. <br> **D & R Vending / Coffee Service** <br> **2207 7th St NW** <br> **Rochester, MN 55901** | - | | | | | | 975.00 |
| Account No. <br> **Electronic Transaction Supplies, Inc.** <br> **1858 Rochelle Ave** <br> **Capitol Heights, MD 20743** | - | | | | | X | 277.46 |
| Account No. <br> **Elisabeth Mahoney** <br> **W12426 Paiser Lane** <br> **Leopolis, WI 54948** | - | | | | | | 11,692.47 |
| Account No. <br> **Entrepreneurs & Free Markets** <br> **(Brendan Tu** <br> **701 Fourth St. Ste 500** <br> **Minneapolis, MN 55415** | - | | | | | X | 1,617.99 |

Sheet no. **2** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **44,203.56**

In re  Midwest Oil of Minnesota, LLC            Case No. 09-bk-10878
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Godfrey & Kahn <br> 780 North Water St. <br> Milwaukee, WI 53202 | - | | | | | X | 3,453.80 |
| Account No. <br> Hanson, Lulic & Krall, LCC <br> 700 Northstar East <br> 608 Second Ave. South <br> Minneapolis, MN 55402 | - | | | | | X | 3,064.45 |
| Account No. <br> Henry's Foods <br> 104 Mckay Ave N <br> Alexandria, MN 56308 | - | | | | | X | 25,248.62 |
| Account No. <br> Jim & Dude's Plg & HtgInc <br> 724 West Clark St <br> Albert Lea, MN 56007 | - | | | | | X | 443.00 |
| Account No. <br> Leonard, Street & Dienard <br> Suite 2300 <br> 150 South Fifth St. <br> Minneapolis, MN 55402 | - | | | | | X | 4,271.25 |

Sheet no. 3 of 8 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  36,481.12

In re **Midwest Oil of Minnesota, LLC**, Case No. **09-bk-10878**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Lockridge Grindal Nauen<br>Suite 2200<br>100 Washington Ave. South<br>Minneapolis, MN 55401 | - | | | | | X | 73,506.50 |
| Account No.<br>MaryAnn Kemp<br>1511 NE 3rd Ave #204<br>Rochester, MN 55906 | - | | | | | | 33,000.00 |
| Account No.<br>MENARD, INC.<br>4777 Menard Dr.<br>Eau Claire, WI 54703 | - | | | | | X | 5,712.50 |
| Account No.<br>Meyer & Njus<br>1100 U.S. Bank Plaza<br>200 South Sixth St.<br>Minneapolis, MN 55402 | - | | | | | | 3,396.76 |
| Account No.<br>Minnesota Petroleum Service<br>682- 39th Ave. N.E.<br>Columbia Heights, MN 55421 | - | | | | | X | 15,031.33 |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **130,647.09**

In re **Midwest Oil of Minnesota, LLC**, Debtor

Case No. **09-bk-10878**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Miriam Sindt<br>328 4th St SE<br>Minneapolis, MN 55414 | - | | | | | | 7,000.00 |
| Account No.<br><br>Nolan MacGregor Thompson & Leighton<br>710 Lawson Commons<br>380 St. Peter St.<br>St. Paul, MN 55102 | - | | | | | X | 5,000.00 |
| Account No.<br><br>NU Star, Inc.<br>1425 Stagecoach Rd<br>Shakopee, MN 55379 | - | | | | | X | 1,647.46 |
| Account No.<br><br>Omni Environmental<br>104 Bel Air Lane N.W<br>Rochester, MN 55901 | - | | | | | X | 8,839.95 |
| Account No.<br><br>Pepsi Cola Bottling Co/Rochester<br>1900 West Ave S<br>LaCrosse, WI 54601 | - | | | | | X | 2,800.55 |

Sheet no. **5** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **25,287.96**

In re  **Midwest Oil of Minnesota, LLC**  Case No. __09-bk-10878__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Randy & Sarah Fayas <br> W6254 Lake Dr. <br> Shawano, WI 54166 | | - | | | | | 38,288.50 |
| Account No. <br><br> Robert & Roberta Steenlage <br> W24418 Holcomb Coulee Rd <br> Galesville, WI 54630 | | - | | | | | 5,000.00 |
| Account No. <br><br> Roger & Nancy Sindt <br> 1711 40th St NW <br> Rochester, MN 55901 | | - | | | | | 3,783.72 |
| Account No. <br><br> Ruth Sindt <br> 4018 Beau-Monde Dr #218 <br> Lyle, IL 60532 | | - | | | | | 5,000.00 |
| Account No. <br><br> Segal Wholesale <br> 7848 12 Ave. South <br> Bloomington, MN 55425 | | - | | | | | 5,068.36 |

Sheet no. __6__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **57,140.58**

In re  **Midwest Oil of Minnesota, LLC**, Debtor

Case No. **09-bk-10878**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Smith Engineering, Inc. <br> 125 Columbia Court, Suite #1 <br> Chaska, MN 55318 | - | | | | | | 312.00 |
| Account No. <br> Thelma Brown <br> 4308 Arthur St NE <br> Columbia Heights, MN 55421 | - | | | | | | 13,804.70 |
| Account No. <br> Vermillion State Bank <br> 107 East Main Street <br> Vermillion, MN 55085 | - | | | | | X | Unknown |
| Account No. <br> W. Brown Land Surveying <br> 8030 Cedar Ave. South <br> Suite 228 <br> Bloomington, MN 55425 | - | | | | | | 1,270.75 |
| Account No. <br> Wayne Transports, Inc. <br> 14345 Conley Avenue <br> Rosemount, MN 55068 | - | | | | | X | 3,787.97 |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **19,175.42**

In re   Midwest Oil of Minnesota, LLC ,   Case No. 09-bk-10878
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Xcel Energy<br>414 Nicollet Mall<br>Minneapolis, MN 55401 | - | | | | | X | 6,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 8 of 8 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   6,000.00

Total (Report on Summary of Schedules)   524,040.28

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy