In re   **Midwest Oil of Minnesota, LLC**                              ,   Case No.   __09-bk-10878__
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Bruce E. and Carol J. Scott<br>41752-185th Avenue<br>Kilkenny, MN 56052 | Vermillion State Bank<br>107 East Main Street<br>Vermillion, MN 55085 |
| Dr. R.C. Samanta Roy Institute of Scienc<br>1206 East Green Bay Street<br>Shawano, WI 54166<br>   Guarantor of Mortgage on Real Property | American Bank of St. Paul<br>1578 University Avenue West<br>Saint Paul, MN 55104 |
| Dr. R.C. Samanta Roy Institute of Scienc<br>1206 East Green Bay Street<br>Shawano, WI 54166<br>   For $2,090,300.20 mortgage and $1,092,937.92 mortgage | William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303 |
| Dr. R.C. Samanta Roy Institute of Scienc<br>1206 East Green Bay Street<br>Shawano, WI 54166 | Vermillion State Bank<br>107 East Main Street<br>Vermillion, MN 55085 |
| Dr. R.C. Samanta Roy Institute of Scienc<br>1206 East Green Bay Street<br>Shawano, WI 54166 | Associated Bank, N.A.<br>222 Bush Street<br>PO Box 42<br>Red Wing, MN 55066 |
| Jill Yungerberg<br>8216 Brunswick Avenue North<br>Brooklyn Park, MN 55443<br>   For $2,090,300.20 mortgage | William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303 |
| Jill Yungerberg<br>8216 Brunswick Avenue North<br>Minneapolis, MN 55443 | American Bank of St. Paul<br>1578 University Avenue West<br>Saint Paul, MN 55104 |
| Laureen Ballinger<br>320 4th Street SE<br>Minneapolis, MN 55414 | Vermillion State Bank<br>107 East Main Street<br>Vermillion, MN 55085 |
| Midwest Oil of Anoka<br>P.O. Box 10568<br>Green Bay, WI 54307 | Associated Bank, N.A.<br>222 Bush Street<br>PO Box 42<br>Red Wing, MN 55066 |
| Midwest Oil of Shawano, LLC<br>1206 East Green Bay Street<br>Shawano, WI 54166 | Associated Bank, N.A.<br>222 Bush Street<br>PO Box 42<br>Red Wing, MN 55066 |

  **2**
_____ continuation sheets attached to Schedule of Codebtors

In re   Midwest Oil of Minnesota, LLC   ,   Case No.   09-bk-10878
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Naomi Isaacson<br>328 4th Street SE<br>Minneapolis, MN 55414<br>  Guarantor of Mortgage on Real Property | American Bank of St. Paul<br>1578 University Avenue West<br>Saint Paul, MN 55104 |
| Naomi Isaacson<br>328 4th Street SE<br>Minneapolis, MN 55414<br>  For $2,090,300.20 mortgage and $1,092,937.92 mortgage | William A. Egan d/b/a Egan Oil Co.<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303-5012 |
| Naomi Isaacson<br>328 4th Street SE<br>Minneapolis, MN 55414 | Vermillion State Bank<br>107 East Main Street<br>Vermillion, MN 55085 |
| Naomi Isaacson<br>328 4th Street SE<br>Minneapolis, MN 55414 | William and Maureen Dunnigan<br>266 Mackubin Street<br>Saint Paul, MN 55102 |
| Naomi Isaacson<br>328 - 4th Street SE<br>Minneapolis, MN 55414 | Henry's Foods<br>104 McKay Ave N<br>Alexandria, MN 56308 |
| Rebekah M. Nett<br>367 Smith Avenue North<br>Saint Paul, MN 55102<br>  For $2,090,300.20 mortgage | William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303 |
| Rebekah M. Nett<br>367 Smith Avenue North<br>Saint Paul, MN 55102 | American Bank of St. Paul<br>1578 University Avenue West<br>Saint Paul, MN 55104 |
| Rivka A. Rachel<br>2715A Hanson Avenue 2B<br>Baltimore, MD 21209<br>  Guarantor of Mortgage on Real Property | American Bank of St. Paul<br>1578 University Avenue West<br>Saint Paul, MN 55104 |
| Rivka A. Rachel<br>2715 Hanson Avenue<br>Apartment 2B<br>Baltimore, MD 21209<br>  For $2,090,300.20 mortgage | William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303 |
| Thelma J. Brown<br>4308 Arthur Street NE<br>Minneapolis, MN 55421<br>  For $2,090,300.20 mortgage | William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303 |
| Thelma J. Brown<br>4308 Arthur Street NE<br>Minneapolis, MN 55421 | American Bank of St. Paul<br>1578 University Avenue West<br>Saint Paul, MN 55104 |

Sheet   1   of   2   continuation sheets attached to the Schedule of Codebtors

In re   **Midwest Oil of Minnesota, LLC**                                      ,   Case No.   **09-bk-10878**

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **William A. Egan, d/b/a Egan Oil Company**<br>**500 Bunker Lake Blvd NW**<br>**Anoka, MN 55303-5012**<br>   **For $1,092,937.92 mortgage** | **Tiger Peg Capital Corp**<br>**707 Travis Street, 3d Floor**<br>**North TX 2N059**<br>**Houston, TX 77002** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors