# United States Bankruptcy Court
## District of Delaware

In re  **Midwest Oil of Minnesota, LLC**                          Case No.  **09-bk-10878**
                                    Debtor(s)                     Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **March 31, 2009**            Signature   **/s/ Naomi Isaacson**
                                                **Naomi Isaacson**
                                                **CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.