In re    **Midwest Properties of Shawano, LLC**            Case No.   **09-bk-10880**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | | | | | |
| Account No. <br><br> Baylake Bank <br> 217 North Fourth Avenue <br> Sturgeon Bay, WI 54235-0009 | | - | Construction Mortgage <br><br> 500 South Airport Drive, Shawano, WI 54166 <br><br> Value $     925,600.00 | | | | 425,125.54 | 0.00 |
| Account No. <br><br> Baylake Bank <br> Attn: Loan Operations; DK <br> 217 N. Fourth Avenue <br> P.O. Box 9 <br> Sturgeon Bay, WI 54235-0009 | | - | Mortgage <br><br> 1214 East Green Bay Street, Shawano, WI 54166 <br><br> Value $     0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br> Baylake Bank <br> Attn: Loan Operations; DK <br> 217 N. Fourth Avenue <br> P.O. Box 9 <br> Sturgeon Bay, WI 54235-0009 | | - | Mortgage <br><br> 311 East Green Bay Street, Shawano, WI 54166 <br><br> Value $     86,000.00 | | | | 425,125.54 | 339,125.54 |
| Account No. <br><br> Baylake Bank <br> Attn: Loan Operations; DK <br> 217 N. Fourth Avenue <br> P.O. Box 9 <br> Sturgeon Bay, WI 54235-0009 | | - | Mortgage <br><br> 201 North Main Street, Shawano, WI 54166 <br><br> Value $     236,700.00 | | | | 425,125.54 | 188,425.54 |
| **4**    continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 1,275,376.62 | 527,551.08 |

In re  **Midwest Properties of Shawano, LLC**                              Case No.  **09-bk-10880**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Baylake Bank<br>Attn: Loan Operations; DK<br>217 N. Fourth Avenue<br>P.O. Box 9<br>Sturgeon Bay, WI 54235-0009 | | - | Mortgage<br><br>202 North Washington Street, Shawano, WI 54166<br><br>Value $ 42,000.00 | | | | 425,125.54 | 383,125.54 |
| Account No.<br><br>Bayview Financial Property Trust<br>Attn: Mitchell Beck<br>4425 Ponce de Leon Blvd, 5th Flr<br>Coral Gables, FL 33146 | | - | Vendee Interest<br><br>635 South Main Street, Shawano, WI 54166<br><br>Value $ 315,000.00 | | | | 210,358.68 | 0.00 |
| Account No.<br><br>Commerce State Bank<br>508 Shepherds Drive<br>PO Box 497<br>West Bend, WI 53090 | | - | Mortgage<br><br>131/133 South Main Street, Shawano WI 54166<br><br>Value $ 365,000.00 | | | | 247,176.96 | 0.00 |
| Account No.<br><br>Erickson Development, Inc.<br>Attn: Steve Erickson<br>212 East Green Bay Street<br>Shawano, WI 54166 | | - | Land Contract<br><br>Real Property<br><br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>Fireside Construction & Electrical, Inc.<br>c/o Brian Krueger<br>10591 North Creek Road<br>Boulder Junction, WI 54512 | | - | Vendee Interest<br><br>10 lots, Shawano, WI 54166<br><br>Value $ 300,000.00 | | | | 259,389.55 | 0.00 |

Sheet **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  **1,142,050.73**   **383,125.54**

In re  Midwest Properties of Shawano, LLC ,  Case No. __09-bk-10880__
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> Fox Communities Credit Union <br> 3401 E. Calumet Street <br> Appleton, WI 54915 | | X - | Mortgage <br> 1024 East 5th Street, Shawano, WI 54166 / 463 Humphrey Circle, Shawano, WI 54166 <br> Value $ 646,200.00 | | | | 436,989.33 | 0.00 |
| Account No. <br> Julie Krueger <br> 10591 North Creek Road <br> Boulder Junction, WI 54512 | | - | Land Contract <br> 229 East Green Bay Street, Shawano, WI <br> Value $ 0.00 | | | | 180,716.02 | 180,716.02 |
| Account No. <br> M & I Marshall & Ilsley Bank <br> 101 North Main Street <br> Shawano, WI 54166 | | - | Mortgage <br> 201 North Main Street, Shawano, WI 54166 <br> Value $ 236,700.00 | | | | 944,601.70 | 944,601.70 |
| Account No. <br> M & I Marshall & Ilsley Bank <br> 101 North Main Street <br> Shawano, WI 54166 | | - | Mortgage <br> 202 North Washington Street, Shawano, WI 54166 <br> Value $ 42,000.00 | | | | 944,601.70 | 944,601.70 |
| Account No. <br> M & I Marshall & Ilsley Bank <br> 101 North Main Street <br> Shawano, WI 54166 | | - | Mortgage <br> 311 East Green Bay Street, Shawano, WI 54166 <br> Value $ 86,000.00 | | | | 944,601.70 | 944,601.70 |

Sheet _2_ of _4_ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal  
(Total of this page) 3,451,510.45 | 3,014,521.12

In re  **Midwest Properties of Shawano, LLC**  
                      Debtor

Case No. **09-bk-10880**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>M & I Marshall & Ilsley Bank<br>101 North Main Street<br>Shawano, WI 54166 | | - | Mortgage<br><br>951 East Green Bay Street, Shawano, WI 54166<br><br>Value $ 253,000.00 | | | | 944,601.70 | 691,601.70 |
| Account No.<br><br>M & I Marshall & Ilsley Bank<br>101 North Main Street<br>Shawano, WI 54166 | | - | Mortgage<br><br>N5654 & N5660 Highway 47 55, Shawano, WI 54166<br><br>Value $ 225,100.00 | | | | 944,601.70 | 719,501.70 |
| Account No.<br><br>M & I Marshall & Ilsley Bank<br>101 North Main Street<br>Shawano, WI 54166 | | - | Mortgage<br><br>117 Mills Street, Shawano, WI 54166<br><br>Value $ 268,300.00 | | | | 944,601.70 | 676,301.70 |
| Account No.<br><br>North Country Homes, Inc. & Valley Homes<br>Attn: Bart Huntington<br>110 Brooke Court<br>Bonduel, WI 54107 | | - | Land Contract<br><br>1501 East Green Bay Street, Shawano, WI 54166<br><br>Value $ 500,000.00 | | | | 400,000.00 | 0.00 |
| Account No.<br><br>Robert & Shannon Broder<br>W7606 Mink Ranch Lane<br>Shawano, WI 54166 | | - | Land Contract<br><br>Real Property<br><br>Value $ Unknown | | | | 0.00 | Unknown |

Sheet **3** of **4** continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal  
(Total of this page)     3,233,805.10     2,087,405.10

In re  Midwest Properties of Shawano, LLC , Case No. 09-bk-10880
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Steven J. Schultz<br>W8623 Broadway Road<br>Shawano, WI 54166 | | | Vendee Interest<br><br>W7464 Anderson Avenue, Shawano, WI 54166<br><br>Value $ 215,000.00 | | | | 173,880.24 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet 4 of 4 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  173,880.24  0.00

Total (Report on Summary of Schedules)  9,276,623.14  6,012,602.84