# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Dr. R.C. SAMANTA ROY INSTITUTE OF ) | Case No. 09-10876 (KG) |
| SCIENCE AND TECHNOLOGY, *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## GREEN MOUNTAIN FINANCE FUND, LLC, CARLYLE FINANCIAL, LLC, SOUTHWEST GUARANTY, LTD. AND SOUTHWEST GUARANTY PARTNERS LLC'S NOTICE OF DEPOSITION OF DEBTORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7030(b)(6) and 7030(b)(2)

PLEASE TAKE NOTICE that, pursuant to Rule 7030(b)(6) of the Federal Rules of Bankruptcy Procedure, Green Mountain Finance Fund, LLC, Carlyle Financial, LLC, Southwest Guaranty, LTD. and Southwest Guaranty Partners, LLC ("Lenders") will take the deposition upon oral examination of Debtors' representative(s), before a notary public or other person authorized to administer oaths to be recorded by stenographic means, on Wednesday, April 22, 2009 at 9:30 am, at the Wilmington, Delaware offices of McCarter & English, LLP, Renaissance Centre, 405 N. King Street, 8th Floor, Wilmington, Delaware 19801.

[remainder of page intentionally left blank]

Pursuant to Rule 7030(b)(6), Debtors shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on their behalf concerning each of the subjects described in Schedule A to this Notice. Pursuant to Rule 7030(b)(2) and 7034, Debtors shall produce for inspection and questioning at the deposition the documents described in Schedule B.

Dated: April 16, 2009

**McCARTER & ENGLISH, LLP**

By: /s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. 2936)
Katharine L. Mayer (DE Bar I.D. 3758)
Renaissance Center
405 North King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300 Telephone
(302) 984-6399 Facsimile
wtaylor@mccarter.com
kmayer@mccarter.com

*Counsel to Green Mountain Finance Fund, LLC, Carlyle Financial, LLC, Southwest Guaranty, LTD. and Southwest Guaranty Partners, LLC*

## Schedule A

## **DEFINITIONS**

1. **"Green Mountain"** means Green Mountain Finance Fund and any related entities.

2. **"Lenders"** shall refer to Green Mountain Finance Fund, LLC, Carlyle Financial, LLC, Southwest Guaranty, LTD. and Southwest Guaranty Partners, LLC, individually or collectively.

3. **"USAO"** means U.S. Acquisitions and Oil, Inc.

4. **"MAP"** means Midwest Amusement Park, LLC.

5. **"Debtors"** means Dr. R.C. Samanta Roy Institute of Science and Technology and certain of its affiliates, all of which are debtors in this proceeding.

6. **"You" or "your"** shall refer to the party to whom this Deposition Notice is addressed, the Debtors.

7. **"Petition Date"** is March 16, 2009, the date a petition was filed commencing this bankruptcy case.

8. **"Premises"** refers to the land located at W5901 Cty Road BE, Shawano, WI 54166.

9. **"Amusement Park"** refers collectively to any or all businesses operated on the Premises.

10. **"Loan Agreement"** refers collectively to the promissory note, mortgage, deed of trust, security agreement and assignment of leases between USAO and Lenders entered into on or around April 28, 2006.

11. **"Lease Agreement"** refers to any purported lease arrangement between USAO and MAP, governing the rights to operate the Amusement Park.

12. **"Initial Operating Report"** refers to the document, dated April 8, 2009, prepared by Debtors, containing financial representations related to the receipts, disbursements and other financial figures for the Premises and the Amusement Park. [D.I. # 64].

ME1 8425347v.1

## SUBJECTS OF TESTIMONY

1. Debtors' payment and/or non-payment of principal, interest and penalty amounts made, due or past due under the Loan Agreement and the circumstances surrounding the payment or non-payment.

2. Any issues related to the structure of the Loan Agreement, including the corporate structure of the signatory entities.

3. Any issues related to negotiations, discussions, representations or correspondence leading up to or during the closing of the Loan Agreement.

4. Any issues related to negotiations, discussions, representations or correspondence subsequent to the closing of the Loan Agreement, including any events of default or foreclosure.

5. Any and all information related to and evidencing a transfer, sale or exchange of assets between USAO and MAP.

6. Any and all information related to and evidencing a Lease Agreement between USAO and MAP including any notice provided by USAO or MAP to the Lenders regarding the existence of such Lease Agreement.

7. Any and all information related to the legal operator of the Amusement Park.

8. Any and all information demonstrating cash sales and receipts as indicated on the cash flow projections in Debtors' Initial Operating Report.

9. Any and all information related to disbursements as indicated on the cash flow projections in Debtors' Initial Operating Report.

10. Any and all information related to Debtors' losses of income or revenue and the circumstances surrounding such losses.

11. Any and all results or effects on Debtors' income and/or revenues due to negative

publicity.

12.     Any and all information related to all other pending or proceeding foreclosures in which Debtors were involved as of the time of the Petition Date.

13.     Any and all information related to insurance policies listing Lenders as an additional insured.

## Schedule B

## **DEFINITIONS AND INSTRUCTIONS**

1.  **"Green Mountain"** means Green Mountain Finance Fund and any related entities.

2.  **"Lenders"** shall refer to Green Mountain Finance Fund, LLC, Carlyle Financial, LLC, Southwest Guaranty, LTD. and Southwest Guaranty Partners, LLC, individually or collectively.

3.  **"USAO"** means U.S. Acquisitions and Oil, Inc.

4.  **"MAP"** means Midwest Amusement Park, LLC.

5.  **"Debtors"** means Dr. R.C. Samanta Roy Institute of Science and Technology and certain of its affiliates, all of which are debtors in this proceeding.

6.  **"You" or "your"** shall refer to the party to whom this Deposition Notice is addressed, the Debtors.

7.  **"Petition Date"** is March 16, 2009, the date a petition was filed commencing this bankruptcy case.

8.  **"Premises"** refers to the land located at W5901 Cty Road BE, Shawano, WI 54166.

9.  **"Amusement Park"** refers to the business operated on the Premises.

10. **"Loan Agreement"** refers collectively to the promissory note, mortgage, deed of trust, security agreement and assignment of leases between USAO and Lenders entered into on or around April 28, 2006.

11. **"Lease Agreement"** refers to any purported lease arrangement between USAO and MAP, governing the rights to operate the Amusement Park.

12. **"Initial Operating Report"** refers to refers to the document, dated April 8, 2009, prepared by Debtors, containing financial representations related to the receipts, disbursements and other financial figures for the Premises and the Amusement Park. [D.I. # 64].

13. **"Document"** is used in the broadest sense allowable under FRCP 26, 30, 33 and 34, and includes, but is not limited to, any written, printed, typed or other graphic matter of any kind or nature, however produced or reproduced, whether sent, received, prepared or maintained, including all drafts and copies bearing notations or marks not found on the original, and includes, but is not limited to, all records, memoranda, reports, financing statements, UCC-1 financing statements, security agreements, commitment letters, checks, cancelled checks, financial statements, notes, notations, transcripts, letters, envelopes, messages, telegrams, cables, telex messages, tabulations, studies, analyses, evaluations, estimates, projections, work papers, statements, summaries, opinions, journals, desk calendars, appointment books, diaries, lists comparisons, questionnaires, surveys, charts, graphs, books, articles, magazines, newspapers, booklets, circulars, bulletins, notices, instructions, appraisals, valuations, adding machine tapes, receipts, manuals, minutes of transcripts or notations of meetings or telephone conversations or other communications of any type, photographs, microfilms, phonographs, tapes or other recordings, punch cards, magnetic tapes, discs, data cells, drums, printouts and other data compilations from which information can be obtained, and other documents of any description.

14. **"Communication"** means not only oral communications, but also any "document" (as defined in paragraph 8 herein above), whether or not the document or the information it contains was transmitted by its author to any other person.

# REQUESTS FOR PRODUCTION

1. Produce all documents related to Debtors' payment and/or non-payment of principal, interest and penalty amounts made, due or past due under the Loan Agreement and the circumstances surrounding the payment or non-payment.

2. Produce all documents related to and including the Loan Agreement.

3. Produce all documents related to any transfer, sale or exchange of assets between USAO and MAP.

4. Produce all documents related to and including the Lease Agreement including any notice provided by USAO or MAP to the Lenders regarding the existence of such Lease Agreement.

5. Produce all documents related to the allowance or operation of the Amusement Park.

6. All documents related to representations made in Debtors' Initial Operating Report.

7. All documents related to Debtors' losses of income or revenue.

8. All documents related to and evidencing negative publicity toward Debtors and the results or effects thereof.

9. All documents related to any other pending or proceeding foreclosures in which Debtors were involved as of the time of the Petition Date.

[signature block on next page]

Dated: April 16, 2009

**McCARTER & ENGLISH, LLP**

By: /s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. 2936)
Katharine L. Mayer (DE Bar I.D. 3758)
Renaissance Center
405 North King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300 Telephone
(302) 984-6399 Facsimile
wtaylor@mccarter.com
kmayer@mccarter.com

*Counsel to Green Mountain Finance Fund, LLC, Carlyle Financial, LLC, Southwest Guaranty, LTD. and Southwest Guaranty Partners, LLC*