U.S. Department of Justice,
Office of The United States Trustee, District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Tel. (302) 573-6491      Fax (302) 573-6497

CHAPTER 11 - 341 (a) MINUTE SHEET

TO THE CLERK OF THE BANKRUPTCY COURT --

DEBTORS:  Dr. R.C. Samanta Roy Institute of Science and Technology, Inc., *et al.*

CASE NUMBER:  09-10876 (KG)

DATE PETITIONS FILED:  3/16/09

TIME OF MEETING:  2:00 P.M.

PLACE OF MEETING:  Suite 2112, J. Caleb Boggs Federal Courthouse, Wilmington, DE

ORIGINAL 341(a) DATE:  4/20/09

ADJOURNED 341(a) DATE:  Not applicable

DEBTORS' ATTORNEY (APPEARING):  Steven D. Usdin, Esquire
       FIRM NAME:  Cohen, Seglias, Pallas, Greenhall & Furman, P.C.

CREDITORS' COMMITTEE COUNSEL (APPEARING):  N/A – Committee not appointed
       FIRM NAME:  N/A

WITNESS (NAME & TITLE):  Naomi Isaacson, Chief Executive Officer

SCHEDULES FILED?           DATE: 3/31/09           NO (  )

WHY HAVE SCHEDULES NOT BEEN FILED?:  N/A

WHEN WILL SCHEDULES BE FILED?:  N/A

HAVE DEBTORS FILED INTERIM REPORTS?:   YES ( x )           NO (  )

IF NO, WHY NOT?:  N/A

WERE QUARTERLY FEES EXPLAINED?:        YES ( x )           NO (  )


                                        /s/ Joseph J. McMahon, Jr.
                                        *Name*
                                        Trial Attorney

DATED:  April 22, 2009            CONCLUDED ( x )     CONTINUED (  )