## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:                                                                        :
                                                                              :  Bk. No. 09-10876(KG)
**Dr. R.C. SAMANTA ROY INSTITUTE OF**                                         :
**SCIENCE & TECHNOLOGY, INC.,**[1]                                            :  Chapter 11
                                                                              :
    **Debtor**                                             :

State of Wisconsin    :
            : ss
County of Shawano    :

## AFFIDAVIT OF NANCY SCHAUER

Nancy Schauer being duly sworn deposes and says:

1. I am the Financial Manager with the Shawano Municipal Utilities ("SMU").

2. The information in this affidavit is based on personal knowledge except where it states that knowledge is based on information and belief.

3. I participated in the creation of the utility accounts for (i) Timtza Etzepo Corporation USA, Inc., (ii) Dagul Kishon Corporation USA, Inc., (iii) Beit Mamtakim Corporation USA, Inc., and (iv) Marom Golan Corporation USA, Inc. ("Non-debtor Entities")

4. At the time that the utility accounts were opened for the Non-debtor Entities, the individuals who opened the accounts were made aware of the necessity to pay 2 months deposit on the estimated usage.

5. The security deposit was <u>due in full</u> before the utility accounts were opened. To assists the Non-debtor Entities, I agreed to begin service and forbear on the security deposit requirement.

6. I split each security deposit into approximately six payments, each due at the same time as the monthly utility bill.

7. In the SMU office, when payment is made a receipt is given to the payor showing the date of payment ("DOP"). At 3 p.m. the totalization of all funds received is calculated, the funds that were received that day prior to 3 p.m. are deposited into the SMU bank account; only funds in any form, cash, check, money order etc. that are received after the 3 p.m. cut off time is retained until the following day's deposit.

8. The DOP is automatically entered by the SMU computer (even if monies are received after the 3 p.m. cut off time). SMU used software that generates the utility bills and

penalties. It is not discretionary on my or any other employees' part. The print outs of the actual dates of payments and the invoices showing the due date of payment have been generated internally and, upon information and belief, are accurate.

9. I am aware of certain critical payments made by the Non-debtor Entities. I am specifically aware that some of the Non-debtor Entities were late in the March payment and that all the Non-debtor Entities were late in the April payment.

10. I agreed to forgive the nullification of the agreement because of the late March payments and the penalties, but advised the Non-debtor Entities by e-mail that the untimely payment in April nullified the forbearance extended payment agreement.

11. There is currently a total amount due of $5,867.00 from the named debtors under the Deferred Payment Agreements for seven accounts.

Nancy Schauer, SMU Financial Manager

SWORN TO BEFORE ME this 20th day of May 2009:

Notary Public
Angela R Timm
My Commission Expires: 8-09-09

---

[i] Joint Administration pending with Bk. Nos. 09-10876(KG) through 09-10881(KG)