# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: Midwest Oil of Minnesota, LLC

Case No. 09 - 10878 KG

Reporting Period: 4/1/09-4/30/09

## MONTHLY OPERATING REPORT
### File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliation) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | N/A | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date          5/19/2009

Naomi Isaacson
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company..

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reproted in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursement journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [SEE MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT (MONTH) | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| Cash Beginning of Month | $ 1,515.77 | N/A | N/A | N/A | $ 1,515.77 | $ 1,515.77 | $ 1,515.77 | $ 1,515.77 |
| **RECEIPTS** | | | | | | | | |
| Cash Sales | $ 24,085.51 | N/A | N/A | N/A | $24,085.51 | $ 12,367.81 | $24,085.51 | $ 12,367.81 |
| Accounts Receivable | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Loans and Advances | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Sale of Assets | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Other (Attach List) | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Total Receipts | $ 24,085.51 | N/A | N/A | N/A | $24,085.51 | $ 12,367.81 | $24,085.51 | $ 12,367.81 |
| **DISBURSEMENTS** | | | | | | | | |
| Net Payroll | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Payroll Taxes | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Sales, Use & Other Taxes | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Inventory Purchases | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Secured/Rental/ Leases | $ 20,835.62 | N/A | N/A | N/A | $20,835.62 | $ 10,417.81 | $20,835.62 | $ 10,417.81 |
| Insurance | $ 352.14 | N/A | N/A | N/A | $ 352.14 | $ 352.13 | $ 352.14 | $ 352.13 |
| Administrative | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Selling | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Bank Fees | $ 20.00 | N/A | N/A | N/A | $ 20.00 | $ - | $ 20.00 | $ - |
| Owner Draw* | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Transfers (To DIP Accts) | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Professional Fees | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| U.S. Trustee Quarterly Fees | $ 325.00 | N/A | N/A | N/A | $ 325.00 | $ 325.00 | $ 325.00 | $ 325.00 |
| Court Costs | $ - | N/A | N/A | N/A | $ - | $ - | $ - | $ - |
| Total Disbursements | $ 21,532.76 | N/A | N/A | N/A | $21,532.76 | $ 11,094.94 | $21,532.76 | $ 11,094.94 |
| Net Cash Flow (Receipts Less Disbursements | $ 2,552.75 | N/A | N/A | N/A | $ 2,552.75 | $ 1,272.87 | $ 2,552.75 | $ 1,272.87 |
| Cash End of Month | $ 4,068.52 | N/A | N/A | N/A | $ 4,068.52 | $ 2,788.64 | $ 4,068.52 | $ 2,788.64 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN) | | |
|---|---|---|
| Total Disbursements | $ | 21,532.76 |
| Less: Transfers to Debtor in Possession Accounts | $ | - |
| Plus: Estate Disbursements made by Outside Sources (i.e. from escrow accounts) | $ | - |
| Total Disbursements for Calculating U.S. Trustee Quarterly Fees | $ | 21,532.76 |

# DIP - Midwest Oil of MN
# Reconciliation Detail
## Commerce State Bank, Period Ending 04/30/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,515.77 |
| **Cleared Transactions** | | | | | | |
| Bill Pmt -Check | 04/08/2009 | EFT | Tigerpeg | √ | -10,417.81 | -10,417.81 |
| Bill Pmt -Check | 04/23/2009 | | Commerce State Bank | √ | -20.00 | -10,437.81 |
| Bill Pmt -Check | 04/23/2009 | EFT | Tigerpeg | √ | -10,417.81 | -20,855.62 |
| Bill Pmt -Check | 04/30/2009 | 2003 | Wilson Mutual | √ | -352.14 | -21,207.76 |
| | | | | | -21,207.76 | -21,207.76 |
| Sales Receipt | 04/03/2009 | 2 | Rental Income | √ | 10,500.00 | 10,500.00 |
| Sales Receipt | 04/20/2009 | 3 | Rental Income | √ | 10,500.00 | 21,000.00 |
| Sales Receipt | 04/29/2009 | 4 | Other Income | √ | 3,085.51 | 24,085.51 |
| | | | | | 24,085.51 | 24,085.51 |
| Total Cleared Transactions | | | | | 2,877.75 | 2,877.75 |
| **Cleared Balance** | | | | | 2,877.75 | 4,393.52 |
| **Uncleared Transactions** | | | | | | |
| Bill Pmt -Check | 04/28/2009 | 2002 | U.S. Trustee | | -325.00 | -325.00 |
| | | | | | -325.00 | -325.00 |
| Total Uncleared Transactions | | | | | -325.00 | -325.00 |
| **Register Balance as of 04/30/2009** | | | | | 2,552.75 | 4,068.52 |

In re: _____

Case No. _____
Reporting Period: _____

Debtor

# SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

**This schedule is to include all retained professional payments from case inception to current month.**

| Payee | Period | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| None | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

 

**Commerce**
STATE ● BANK

*Earning Relationships*

**RECEIVED MAY 0 5 2009**

Last statement: March 31, 2009
This statement: April 30, 2009
Total days in statement period: 30

319 MO      ##000364
DR R C SAMANTA ROY INSTITUTE
D/B/A MIDWEST OIL OF MINNESOTA, LLC
PO BOX 11768
GREEN BAY WI 54307

0001071285
( 0 )

Direct inquiries to:
262 247-2800

Commerce State Bank
1700 S Silverbrook Drive
West Bend WI 53095

## Business Class Checking

| | | | |
|---|---|---|---|
| Account number | 0001071285 | Beginning balance | $1,515.77 |
| Low balance | $1,245.82 | Total additions | 24,085.51 |
| Average balance | $4,413.26 | Total subtractions | 21,207.76 |
| Avg collected balance | $4,207.00 | Ending balance | $4,393.52 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2001 | 04-15 | 352.14 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 04-08 | Debit Memo | 10,417.81 |
| 04-23 | Debit Memo | 20.00 |
| 04-23 | Debit Memo | 10,417.81 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 04-03 | Deposit | 10,500.00 |
| 04-20 | Deposit | 10,500.00 |
| 04-29 | Deposit | 3,085.51 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 1,515.77 | 04-15 | 1,245.82 | 04-29 | 4,393.52 |
| 04-03 | 12,015.77 | 04-20 | 11,745.82 | | |
| 04-08 | 1,597.96 | 04-23 | 1,308.01 | | |

L 364 -400

DR R C SAMANTA ROY INSTITUTE
April 30, 2009

0001071285

**OVERDRAFT/RETURN ITEM FEES**

| | |
|---|---|
| Return item fees for this statement period | $0.00 |
| Return item fees for this calendar year | $0.00 |
| Overdraft fees for this statement period | $0.00 |
| Overdraft fees for this calendar year | $0.00 |

*Thank you for banking with Commerce State Bank*

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | | Cumulative Filing to Date | |
|---|---|---|---|---|
| Gross Revenues | $ | 13,585.51 | $ | 24,085.51 |
| Less: Returns and Allowances | $ | - | $ | - |
| Net Revenue | $ | 13,585.51 | $ | 24,085.51 |
| **COST OF GOODS SOLD** | | | | |
| Beginning Inventory | $ | - | $ | - |
| Add: Purchases | $ | - | $ | - |
| Add: Cost of Labor | $ | - | $ | - |
| Add: Other Costs (attach schedule) | $ | - | $ | - |
| Less: Ending Inventory | $ | - | $ | - |
| Cost of Goods Sold | $ | - | $ | - |
| Gross Profit | $ | - | $ | - |
| **OPERATING EXPENSES** | | | | |
| Advertising | $ | - | $ | - |
| Auto and Truck Expenses | $ | - | $ | - |
| Bad Debts | $ | - | $ | - |
| Contributions | $ | - | $ | - |
| Employee Benefits Programs | $ | - | $ | - |
| Insider Compensation* | $ | - | $ | - |
| Insurance | $ | 352.14 | $ | 352.14 |
| Management Fees/Bonuses | $ | - | $ | - |
| Office Expense | $ | - | $ | - |
| Pension & Profit-Sharing Plans | $ | - | $ | - |
| Repairs and Maintenance | $ | - | $ | - |
| Rent and Lease Expense | $ | - | $ | - |
| Salaries/Commissions/Fees | $ | - | $ | - |
| Supplies | $ | - | $ | - |
| Taxes-Payroll | $ | - | $ | - |
| Taxes-Real Estate | $ | - | $ | - |
| Taxes-Other | $ | - | $ | - |
| Travel and Entertainment | $ | - | $ | - |
| Utilities | $ | - | $ | - |
| Other (attach schedule) | $ | 20.00 | $ | 20.00 |
| Total Operating Expenses Before Depreciation | $ | 372.14 | $ | 372.14 |
| Depreciation/Depletion/Amortization | $ | 7,074.47 | $ | 13,708.45 |
| Net Profit (Loss) Before Other Income & Expenses | $ | 6,138.90 | $ | 10,004.92 |
| **OTHER INCOME AND EXPENSES** | | | | |
| Other Income (attach schedule) | $ | - | $ | - |
| Interest Expense | $ | 3,343.34 | $ | 7,127.17 |
| Other Expense (attach schedule) | $ | - | $ | - |
| Net Profit (Loss) Before Reorganization Items | $ | 2,795.56 | $ | 2,877.75 |
| **REORGANIZATION ITEMS** | | | | |
| Professional Fees | $ | - | $ | - |
| U.S. Trustee Quarterly Fees | $ | 325.00 | $ | 325.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | $ | - | $ | - |
| Gain (Loss) from Sale of Equipment | $ | - | $ | - |
| Other Reorganization Expenses (attach schedule) | $ | - | $ | - |
| Total Reorganization Expenses | $ | - | $ | - |
| Income Taxes | $ | - | $ | - |
| Net Profit (Loss) | $ | 2,470.56 | $ | 2,552.75 |

*"Insider is defined in 11 U.S.C. Section 101(31).

In re: Midwest Oil of Minnesota

Case No.

Debtor

Reporting Period: 4/1/09-4/30/09

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified seperately from postpetition obligations.

| ASSETS | | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|
| **CURRENT ASSETS** | | | | |
| Unrestricted Cash and Equivalents | | $ 4,068.52 | $ | 1,515.77 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | $ - | $ | - |
| Accounts Receivable (Net) | | $ - | $ | - |
| Notes Receivable | | $ - | $ | - |
| Inventories | | $ - | $ | - |
| Prepaid Expenses | | $ - | $ | - |
| Professional Retainers | | $ - | $ | - |
| Other Current Assets (attach schedule) | | $ - | $ | - |
| *TOTAL CURRENT ASSETS* | | $ 4,068.52 | $ | 1,515.77 |
| **PROPERTY AND EQUIPMENT** | | | | |
| Real Property and Improvements | | $ 6,660,000.00 | $ | 6,660,000.00 |
| Machinery and Equipment | | $ - | $ | - |
| Furniture, Fixtures, and Office Equipment | | $ 3,500.00 | $ | 3,500.00 |
| Leasehold Improvements | | $ - | $ | - |
| Vehicles | | $ - | $ | - |
| Less Accumulated Depreciation | | $ - | $ | - |
| *TOTAL PROPERTY AND EQUIPMENT* | | $ 6,663,500.00 | $ | 6,663,500.00 |
| **OTHER ASSETS** | | | | |
| Loans to Insiders* | | $ - | $ | - |
| Other Assets (attach schedule) | | $ - | $ | - |
| *TOTAL OTHER ASSETS* | | $ - | $ | - |
| **TOTAL ASSETS** | | $ 6,667,568.52 | $ | 6,663,500.00 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | $ - | $ - |
| Taxes Payable (refer to FORM MOR-4) | $ - | $ - |
| Wages Payable | $ - | $ - |
| Notes Payable | $ - | $ - |
| Rent/Leases - Building/Equipment | $ - | $ - |
| Secured Debt/Adequate Protection Payments | $ - | $ 10,417.81 |
| Professional Fees | $ - | $ - |
| Amounts Due to Insiders* | $ - | $ - |
| Other Postpetition Liabilities (attach schedule) | $ - | $ - |
| *TOTAL POSTPETITION LIABILITIES* | $ - | $ 10,417.81 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-petition)** | | |
| Secured Debt | $ 5,924,577.26 | $ 5,938,285.71 |
| Priority Debt | $ 63,955.90 | $ 63,955.90 |
| Unsecured Debt | $ 524,040.28 | $ 524,040.28 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 6,512,573.44 | $ 6,526,281.89 |
| | | |
| *TOTAL LIABILITIES* | $ 6,512,573.44 | $ 6,536,699.70 |
| **OWNER EQUITY** | | |
| Capital Stock | $ - | $ - |
| Additional Paid-In Capital | $ - | $ - |
| Partners' Capital Account | $ - | $ - |
| Owner's Equity Account | $ - | $ - |
| Retained Earnings - Pre-Petition | $ 128,316.07 | $ 128,316.07 |
| Retained Earnings - Postpetition | $ 16,179.01 | $ - |
| Adjustments to Owner Equity (attach schedule) | $ 10,500.00 | $ - |
| Postpetition Contributions (Distributions)(Draws)(attach schedule) | $ - | $ - |
| *NET OWNER EQUITY* | $ 154,995.08 | $ 128,316.07 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 6,667,568.52 | $ 6,665,015.77 |

** Insider is defined in 11 U.S.C. Section 101(3)

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liabilty from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reported period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | $ - | $ - | $ - | | | $ - |
| FICA - Employee | $ - | $ - | $ - | | | $ - |
| FICA - Employer | $ - | $ - | $ - | | | $ - |
| Unemployment | $ - | $ - | $ - | | | $ - |
| Income | $ - | $ - | $ - | | | $ - |
| Other: | $ - | $ - | $ - | | | $ - |
| Total Federal Taxes | $ - | $ - | $ - | | | $ - |
| **State and Local** | | | | | | |
| Withholding | $ - | $ - | $ - | | | $ - |
| Sales | $ - | $ - | $ - | | | $ - |
| Excise | $ - | $ - | $ - | | | $ - |
| Unemployment | $ - | $ - | $ - | | | $ - |
| Real Property | $ - | $ - | $ - | | | $ - |
| Personal Property | $ - | $ - | $ - | | | $ - |
| Other: | $ - | $ - | $ - | | | $ - |
| Total State and Local | $ - | $ - | $ - | | | $ - |
| **Total Taxes** | $ - | $ - | $ - | | | $ - |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listed of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Account Payable | $ - | | | | | $ - |
| Wages Payable | $ - | | | | | $ - |
| Taxes Payable | $ - | | | | | $ - |
| Rent/Leases - Building | $ - | | | | | $ - |
| Rent/Leases - Equipment | $ - | | | | | $ - |
| Secured Debt/Adequate Protection Payments | $ - | | | | | $ - |
| Professional Fees | $ - | | | | | $ - |
| Amounts Due to Insiders* | $ - | | | | | $ - |
| Other: | $ - | | | | | $ - |
| Other: | $ - | | | | | $ - |
| **Total Postpetition Debts** | $ - | | | | | $ - |

**Explain how and when the Debtor intends to pay any past-due Postpetition debts.**

In re Midwest Oil of Minnesota
                    Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amounts | |
|---|---|---|
| Total Accounts Receivable at the beginning of the report period | $          - | $          - |
| + Amounts billed during the period | $          - | $          - |
| -  Amounts collected during the period | $          - | $          - |
| Total Accounts Receivable at the end of the report period | $          - | $          - |
| | | |
| **Accounts Receivable Aging** | | |
| 0-30 days old | $          - | $          - |
| 31-60 days old | $          - | $          - |
| 61-90 days old | $          - | $          - |
| 91 + days old | $          - | $          - |
| Total Accounts Receivable | $          - | $          - |
| Amount considered uuncollectible (Bad Debt) | $          - | $          - |
| Accounts Receivable (Net) | $          - | $          - |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide and explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |