IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| DR. R. C. SAMANTA ROY INSTITUTE OF SCIENCE & TECHNOLOGY, INC.,[1] | : NO. 09-10876 KG |
| | : Jointly Administered |
| Debtor. | : |
| SOUTHWEST GUARANTY, LTD., for itself and as administrative agent to GREEN MOUNTAIN FINANCIAL, LLC and SOUTHWEST GUARANTY PARTNERS, LLC, | : Adversary Proceeding |
| Plaintiffs, | : |
| v. | : |
| | : NO. 09-50936 KG |
| U.S. ACQUISITIONS & OIL, INC., NAOMI ISAACSON, THELMA BROWN, MICHAEL GOLDSTEIN, THE DR. R.C. SAMANTA ROY INSTITUTE OF SCIENCE & TECHNOLOGY, and MIDWEST AMUSEMENT PARK, LLC, | : |
| Defendants. | : |

**JOINT MOTION OF DEBTORS, MIDWEST AMUSEMENT PARK, LLC, NAOMI ISAACSON, THELMA BROWN, AND MICHAL GOLDSTEIN TO ENJOIN THE PROCEEDING ON THE VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND ON THE WISCONSIN COMPLAINT AS AGAINST NAOMI ISAACSON, THELMA BROWN, AND MICHAL GOLDSTEIN OR, IN THE ALTERNATIVE, TO DISMISS THE VERIFIED COMPLAINT**

Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. ("SIST") and U.S. Acquisitions & Oil, Inc. (collectively, the "Debtors"), as debtors and debtors-in-possession in the above-captioned Chapter 11 case, file this Joint Motion (the "Motion") along with non-debtors Midwest Amusement Park, LLC ("MAP"), along with Naomi Isaacson, Thelma Brown, and

---

[1] Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. (Federal Tax ID No. 39-1785920), U.S. Acquisitions & Oil, Inc. (Federal Tax ID No. 20-4126763), Midwest Oil of Wisconsin, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Minnesota, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Shawano, LLC (Federal Tax ID No. 39-1785920), Midwest Properties of Shawano, LLC (Federal Tax ID No. 39-1785920), and Midwest Hotels & Motels of Shawano, LLC (Federal Tax ID No. 39-1785920) have requested joint administration of their Chapter 11 cases. The business address for all of these entities is 1206 East Green Bay Street, Shawano, Wisconsin 54166.

Michal Goldstein (improperly pled as "Michael Goldstein") (collectively, the "Individual Defendants"), and, in support thereof, respectfully represent as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory basis for the relief sought herein is 28 U.S.C. § 156(c), as supplemented by Section 105 of Title 11 of the United States Code (the "Bankruptcy Code").

## BACKGROUND

2. On March 16, 2009 (the "Petition Date"), the Debtors filed with this Court seven (7) voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are debtors-in-possession continuing to operate their businesses pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No examiner or committee of creditors has yet been appointed in this Chapter 11 proceeding.

3. The Debtors are Delaware corporations and/or limited liability companies with a principal place of business at 1206 East Green Bay Street, Shawano, Wisconsin.

4. The Debtors are in the business of property acquisition and management, sales of gasoline and petroleum products, and funding for charitable activities. The Debtors fund their charitable activities through their business operations.

5. Debtor USA&O owns certain real property located at W5901 BE County Road, Shawano, Wisconsin (the "Property") which is subject to a note and mortgage held by Southwest Guaranty, Ltd. USA&O's corporate officers are the Individual Defendants.

6. The Property is operated by MAP, and has been operated by MAP since its acquisition by MAP in 2003.

7. The Property was transferred by MAP to USA&O as part of an effort to refinance the Property in April of 2006.

8. On March 25, 2009, nine days after the Petition Date, Lender Southwest Guaranty, Ltd. filed a summons and complaint against the Individual Defendants in the Circuit Court, Branch 2 of the State of Wisconsin, Shawano County (collectively, the "Wisconsin Complaint"). A true and correct copy of the summons and complaint is attached as "Exhibit A."

9. The Wisconsin Complaint seeks a money judgment against the Individual Defendants, along with an award of costs, fees, and expenses for litigating. Exhibit A, p. 4.

10. On April 7, 2009, Southwest Guaranty, Ltd., for itself and as administrative agent to Green Mountain Financial, LLC and Southwest Guaranty Partners, LLC (collectively, the "Lenders") filed a Joint Motion of Green Mountain Finance Fund, LLC, Carlyle Financial, LLC, Southwest Guaranty, Ltd. and Southwest Guaranty Partners, LLC for Relief from the Automatic Stay to Resume Foreclosure Proceedings, or in the Alternative, To Compel Adequate Protection Payments (the "Motion for Relief from Stay").

11. A response to this Motion for Relief from Stay was filed on April 20, 2009 by the Debtors.

12. On April 30, 2009, the Lenders filed the instant adversary action in the above-captioned bankruptcy matter, naming USA&O, SIST, MAP, and the Individual Defendants who are alleged to be the guarantors of the mortgage and note (the "Verified Complaint").

13. Ms. Isaacson was handed a copy of the Verified Complaint and a copy of the Wisconsin Complaint on May 14, 2009 during two separate breaks in a deposition at the offices of the Lenders' counsel. Naomi Isaacson's physical presence was required at the deposition and she was present in Delaware for that reason alone.

14. Upon information and belief, as of the date of filing of this Motion neither Ms. Brown nor Ms. Goldstein has received a copy of the Wisconsin Complaint, despite the fact that it was ostensibly filed on March 25, 2009. No affidavit of service had been filed relating to the service of either of them by the date of the filing of this Motion.

15. Trial to address most of the issues raised in both the Verified Complaint and the Motion for Relief from Stay is scheduled to take place on June 5, 2009.

## RELIEF REQUESTED BY THE INDIVIDUAL DEFENDANTS

16. Naomi Isaacson was handed a copy of the Verified Complaint on May 14, 2009 during a break in a deposition at the offices of the Lenders' counsel. Ms. Isaacson was also handed a copy of the Wisconsin Complaint during a break in the May 14, 2009 deposition. Ms. Isaacson's physical presence was required at the deposition and she was present in Delaware for that reason alone. It is disputed that she was properly served with process. Northumberland Insurance Co. v. Wolfson, 251 A.2d 194 (Del. 1969), *citing* In re Brooks *ex rel.* Richards, 3 Boyce 1, 79 A.2d 790 (1911).

17. Ms. Isaacson was also handed a copy of the Verified Complaint as corporate representative of MAP during a break in the same deposition. MAP has therefore also not been served with the Verified Complaint.

18. Upon information and belief, Thelma Brown, a resident of the State of Minnesota, has never received a copy of the Verified Complaint. To date, no affidavit of service has been filed. It is thus disputed that she was properly served with process. Fed. R. Civ. P. 4(e)(1); Minn. R. Civ. P. 4.05, 4.06 (2009).

19. Upon information and belief, Michal Goldstein, a resident of the State of Illinois, received a copy of the Verified Complaint in the mail on May 19, 2009. To date, no affidavit of

service has been filed. It is thus disputed that she was properly served with process. Fed. R. Civ. P. 4(e)(1); 735 Ill. Comp. Stat. §§ 5-2/203, 5-2/206 (2009).

20. Upon information and belief, neither Ms. Goldstein nor Ms. Brown has ever received a copy of the Wisconsin Complaint.

21. Since neither MAP nor the Individual Defendants has been properly served none is required to answer the Verified Complaint.

22. The Individual Defendants, as well as being individual guarantors of the mortgage and note held by the Lenders on the Property, are the only members of the Board of Directors for USA&O. The Individual Defendants have been assisting the Debtors, including USA&O and SIST, in these related bankruptcy proceedings.

23. The Debtors and the Individual Defendants therefore seek to enjoin the Lenders from proceeding against the Individual Defendants in the trial. The Individual Defendants further seek to enjoin the Lenders from proceeding against them in the Wisconsin case as no service has been effectuated.

24. In the alternative, MAP and the Individual Debtors seek to dismiss the Verified Complaint.

## **LEGAL ARGUMENT**

25. Pursuant to Section 105(a) of the Bankruptcy Code, "[t]he Court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

26. In the event that the relief of a non-debtor individual would benefit the estate of a debtor, relief may be granted pursuant to Section 105 to that individual. St. Petersburg Hotel Associates, Ltd. v. Royal Trust Bank of St. Petersburg, 37 B.R. 380, 382 (Bankr. M.D. Fla.

1984) (holding that the general partner of a debtor could be protected by the bankruptcy despite his non-debtor status because the general partner's participation in completing the plan and assisting the debtor was important to the debtor's reorganization; the lender could be enjoined from proceeding against the general partner).

27. The relief sought by the Individual Defendants will benefit the estate(s) of SIST and USA&O. The Individual Debtors were never properly served with either the Complaint or the Wisconsin Complaint. In the event that the Individual Defendants are required to file a formal response to the Verified Complaint or the Wisconsin Complaint (or litigate issues regarding service of the Wisconsin Complaint), they will be unable to assist the Debtors in preparing for trial. The Individual Defendants are the officers of USA&O, and therefore are participating in USA&O's trial preparation. It is therefore in the best interests of the Debtors and their estate(s) to enjoin the proceeding on the Verified Complaint against the Individual Defendants.

28. Additionally, none of the Individual Defendants was properly served with a copy of the Verified Complaint. Ms. Isaacson was handed the Verified Complaint during a break in her deposition and it is thus disputed that she was served properly; Ms. Goldstein was sent a copy of the Verified Complaint but was not properly served with same; and Ms. Brown has not received a copy of the Verified Complaint. To force the Individual Defendants to proceed with the trial when they have not been served is a due process violation.

29. Likewise, MAP was not properly served when Ms. Isaacson was handed a copy of the Verified Complaint while at her deposition as a corporate designee of USA&O.

30. Even if service on Ms. Isaacson could be deemed valid, to require Ms. Isaacson, the President of USA&O, to file a response to the Verified Complaint by June 3, 2009 and to be

ready for trial on June 5, 2009 would be prejudicial. Ms. Isaacson's involvement in trial is essential to the interests of the Debtors, because she operates USA&O and has the ability to formulate a defense to the Verified Complaint and Motion for Relief from Stay. In the event that she is required to file a response, her ability to assist the Debtors would be greatly diminished, to the detriment of the Debtors and their estate(s).

31. In the alternative, the Verified Complaint should be dismissed. The relief sought in the Verified Complaint by the Lenders consists solely of equitable relief that can only be provided by USA&O and/or MAP.

WHEREFORE, the Debtors seek an Order in the form attached hereto, and for such other relief as the Court may deem just and proper.

Respectfully submitted,

Dated: June 4, 2009

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

/s/ Naomi D. Isaacson
Naomi D. Isaacson
President, U.S. Acquisitions & Oil, Inc. and
Managing Member, Dr. R.C. Samanta Roy
Institute of Science & Technology
*Pro Se and On Behalf Of Thelma Brown and Michal Goldstein*

/s/ Eric J. Monzo
Eric J. Monzo (DE Bar ID No. 5214)
Steven D. Usdin (PA Bar ID No. 36381)
Nella M. Bloom (PA Bar ID No. 204366)
Nemours Building, 1007 Orange Street, Suite 1130
Wilmington, DE 19801
Tel: 302.425.5089
Facsimile: 302.425.5097
Email: emonzo@cohenseglias.com
susdin@cohenseglias.com
nbloom@cohenseglias.com
*Attorneys for the Debtors and Debtors in Possession, and Attorneys for Midwest Amusement Park, LLC*