# United States Bankruptcy Court
## District of Delaware

In re   **Midwest Oil of Minnesota, LLC**                                   Case No.   **09-10878 KG**
                                          Debtor
                                                                            Chapter          **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 7,060,000.00 | | |
| B - Personal Property | Yes | 3 | 5,369.90 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 10,214,461.75 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 63,955.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 524,040.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 7,065,369.90 | | |
| Total Liabilities | | | | 10,802,457.93 | |

# United States Bankruptcy Court
### District of Delaware

In re   **Midwest Oil of Minnesota, LLC**  ,  
                                   Debtor

Case No.   **09-10878 KG**

Chapter   **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Midwest Oil of Minnesota, LLC**                              , Case No.  **09-10878 KG**
                              Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2611 Bridge Avenue, Albert Lea, MN 56007 | Fee simple | - | 1,150,000.00 | 2,686,877.89 |
| 3355 Hadley Avenue, Oakdale, MN 55128 | Fee simple | - | 2,500,000.00 | 1,815,469.90 |
| 236 Grand Avenue, St. Paul, MN 55102 | Fee simple | - | 2,750,000.00 | 3,183,238.12 |
| 365/367 Smith Avenue North, St. Paul, MN 55102 | Contract for Deed | - | 660,000.00 | 343,000.00 |

|  | Sub-Total > | 7,060,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 7,060,000.00 | |

 **0**  continuation sheets attached to the Schedule of Real Property        (Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                   Best Case Bankruptcy

In re    **Midwest Oil of Minnesota, LLC**            Case No.    **09-10878 KG**
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Commerce State Bank, 1700 S. Silverbrook Drive, West Bend, WI 53095 | - | 1,869.90 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                     Sub-Total >      **1,869.90**
                                                     (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re **Midwest Oil of Minnesota, LLC**, Case No. **09-10878 KG**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See attached list | - | Unknown |

Sub-Total > 0.00
(Total of this page)

Sheet **1** of **2** continuation sheets attached
to the Schedule of Personal Property

In re **Midwest Oil of Minnesota, LLC**                                   Case No. __09-10878 KG__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment | - | 3,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **3,500.00** |
| Total > | **5,369.90** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | CHAPTER 11 |
|---|---|---|
| | : | |
| DR. R. C. SAMANTA ROY INSTITUTE OF SCIENCE & TECHNOLOGY, INC.,[1] | : | NO. 09-10876 KG |
| | : | |
| | : | Jointly Administered |
| Debtor. | : | |

## AMENDED SCHEDULE B, ITEM 21
## LIST OF CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS, ALONG WITH VALUE OF EACH

1. State, City, Township, and County officials, local business leaders, and local media: global conspiracy suit. Estimated $500,000,000 in damages.

2. Shaw-Bay, Inc.: Tenant destruction and demolition of building in collaboration with officials from Shawano County, Wisconsin. Estimated $1,000,000 in damages.

3. Robert & Shannon Broder: fraudulent property conveyance. Minimum of $315,498 in damages.

4. We Energies: discrimination, meter tampering, and building damages of at least $100,000.

5. Shawano Municipal Utilities: discrimination and meter tampering. Estimated $10,000,000 in damages.

6. Anthony Zielinzki: fraudulent conversion. Estimated $500,000 in damages.

7. West Bend Mutual Insurance Company: Estimated $100,000 in damages.

8. Garrow Oil Corp., Inc: business interference suit. Estimated $200,000 in damages.

9. Zien Service, Inc.: property damage. Estimated $180,000 in damages.

10. Draeger Oil Company, Inc.: fraud. Estimated $500,000 in damages.

---

[1] Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. (Federal Tax ID No. 39-1785920), U.S. Acquisitions & Oil, Inc. (Federal Tax ID No. 20-4126763), Midwest Oil of Wisconsin, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Minnesota, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Shawano, LLC (Federal Tax ID No. 39-1785920), Midwest Properties of Shawano, LLC (Federal Tax ID No. 39-1785920), and Midwest Hotels & Motels of Shawano, LLC (Federal Tax ID No. 39-1785920) have requested joint administration of their Chapter 11 cases. The business address for all of these entities is 1206 East Green Bay Street, Shawano, Wisconsin 54166.

11. Best Western International, Inc.: discrimination suit. Estimated $1,000,000 in damages.

12. First Data Global Leasing: discrimination suit. Estimated $10,000,000 in damages.

13. Chase Bank: discrimination suit. Estimated $10,000,000 in damages.

14. Southwest Guaranty, Ltd., Southwest Guaranty Partners, LLC: discrimination, fraud, and extortion suit. Estimated $5,000,000 in damages.

15. American Bank of St. Paul: breach of contract and discrimination suit. Estimated $500,000 in damages.

16. Commercial Mortgage Fund: extortion, fraud, and interference with contract. Estimated $10,000,000 in damages.

17. Edward Charpentier: interference with contract. Estimated $1,000,000 in damages.

18. Various individuals posting on Facebook.com and wsaw.com: Estimated $100,000,000 in damages.

19. Shawano Leader: Estimated $100,000,000 in damages.

20. WLUK Fox 11: Estimated $10,000,000 in damages.

21. WBAY Channel 2: Estimated $5,000,000 in damages.

22. WFRV Channel 5: Estimated $1,000,000 in damages.

23. NBC 26: Estimated $25,000,000 in damages.

24. WSAW Channel 7: Estimated $100,000,000 in damages.

25. Rochester Post-Bulletin: Estimated $10,000,000 in damages.

26. Minneapolis Star-Tribune: Estimated $10,000,000 in damages.

27. Seattle Times: Estimated $1,000,000 in damages.

28. Albert Lea Tribune: Estimated $2,000,000 in damages.

29. CBS Television Network (national): Estimated $20,000,000 in damages.

30. CBS News: Estimated $20,000,000 in damages.

31. Rick Ross: Estimated $100,000,000 in damages.

32. Chicago Tribune: Estimated $1,000,000 in damages.

33. Milwaukee Journal Sentinel: Estimated $1,000,000 in damages.

34. Robert Cameron: fraud and other torts. Estimated $10,000,000 in damages.

35. GCR Capital: Estimated $30,000 in damages.

36. Lockridge Grindal Nauen PLLP: legal malpractice. Estimated $500,000 in damages.

37. Godfrey & Kahn, S.C.: legal malpractice. Estimated $500,000 in damages.

38. Brendan Tupa, Esquire: legal malpractice. Estimated $1,000,000 in damages.

In re  Midwest Oil of Minnesota, LLC  ,  Case No. __09-10878 KG__
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
   List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>American Bank of St. Paul<br>1578 University Avenue West<br>Saint Paul, MN 55104 | | - | Mortgage<br>All inventory, chattel paper, accounts, equipment, general intangibles and fixtures; all accessions, additions, replacements and substitutions related to the foregoing; any records related to the foregoing; all proceeds related to the foreg | | | | | |
| | | | Value $  0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>American Bank of St. Paul<br>1578 University Avenue West<br>Saint Paul, MN 55104 | | - | Mortgage<br><br>2611 Bridge Avenue, Albert Lea, MN 56007 | | | | | |
| | | | Value $  1,150,000.00 | | | | 596,577.69 | 0.00 |
| Account No.<br><br>JPMorgan Chase Bank, N.A.,<br>Collateral Agent for TigerPeg Capital Co<br>P.O. Box 4893<br>TX 77232-4893 | | - | Mortgage<br><br>236 Grand Avenue, St. Paul, MN 55102 | | | | | |
| | | | Value $  2,750,000.00 | | | | 1,092,937.92 | 0.00 |
| Account No.<br><br>Omni Environmental, Inc.<br>1014 Bel Air Lane NW<br>Rochester, MN 55901 | | - | Mechanic's lien<br><br>3355 Hadley Avenue, Oakdale, MN 55128 | | | | | |
| | | | Value $  2,500,000.00 | | | | 6,839.95 | 0.00 |
| __2__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,696,355.56 | 0.00 |

In re  **Midwest Oil of Minnesota, LLC**                                    ,    Case No. __09-10878 KG__
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Tiger Peg Capital Corp.<br>707 Travis Street, 3d Floor<br>North TX 2N059<br>Houston, TX 77002 | | - | Mortgage<br>236 Grand Avenue, St. Paul, MN<br><br>Value $ Unknown | | | | 1,092,937.92 | Unknown |
| Account No.<br>Vermillion State Bank<br>107 East Main Street<br>Vermillion, MN 55085 | | - | Mortgage<br>Accounts receivable, inventory, equipment, instruments and chattel paper, general intangibles, documents, government payments and programs, investment property, and deposit accounts<br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No.<br>Vermillion State Bank<br>107 East Main Street<br>Vermillion, MN 55085 | | - | Mortgage<br>3355 Hadley Avenue, Oakdale, MN 55128<br><br>Value $ 2,500,000.00 | | | | 1,808,629.95 | 0.00 |
| Account No.<br>William A. Egan, d/b/a Egan Oil<br>500 Bunker Lake Boulevard NW<br>Anoka, MN 55303 | | - | Mortgage<br>Goods, equipment, storage tanks, etc.<br><br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No.<br>William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303-5012 | | - | Mortgage<br>2611 Bridge Avenue, Albert Lea, MN 56007<br><br>Value $ 1,150,000.00 | | | | 2,090,300.20 | 1,536,877.89 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   4,991,868.07   1,536,877.89

In re  Midwest Oil of Minnesota, LLC ,  Case No. 09-10878 KG

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303-5012 | | - | Mortgage<br>236 Grand Avenue, St. Paul, MN 55102<br>Value $ 2,750,000.00 | | | | 2,090,300.20 | 433,238.12 |
| Account No.<br>William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303-5012 | | - | Mortgage<br>236 Grand Avenue, St. Paul, MN<br>Value $ 0.00 | | | | 1,092,937.92 | 1,092,937.92 |
| Account No.<br>William Dunnigan<br>266 Mackubin Street<br>Saint Paul, MN 55102 | | - | Vendee Interest<br>365/367 Smith Avenue North, St. Paul, MN 55102<br>Value $ 660,000.00 | | | | 343,000.00 | 0.00 |
| Account No.<br> | | | Value $ | | | | | |
| Account No.<br> | | | Value $ | | | | | |

Sheet 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 3,526,238.12 | 1,526,176.04 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 10,214,461.75 | 3,063,053.93 |

In re   **Midwest Oil of Minnesota, LLC**                          ,   Case No.   __09-10878 KG__
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Midwest Oil of Anoka, LLC<br>PO Box 10568<br>Green Bay, WI 54307 | Leases for 236 Grand Avenue, St. Paul, MN and 2611 Bridge Avenue, Albert Lea, MN |
| Peter Nett<br>367 Smith Avenue North<br>Unit 1<br>Saint Paul, MN 55102 | Lease for 365/367 Smith Avenue North, St. Paul, MN 55102 |
| Randall Yungerberg<br>365 Smith Avenue North<br>Unit 2<br>Saint Paul, MN 55102 | Lease for 365/367 Smith Avenue North, St. Paul, MN 55102 |
| William A. Egan, d/b/a Egan Oil Company<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303-5012 | Contract to supply petroleum products in exchange for money |

**0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re __Midwest Oil of Minnesota, LLC__   Case No. __09-bk-10878__
               Debtor(s)                   Chapter __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __June 11, 2009__      Signature __/s/ Naomi Isaacson__
                                      Naomi Isaacson
                                      CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.