IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | CHAPTER 11 |
|---|---|---|
| | : | |
| DR. R. C. SAMANTA ROY INSTITUTE OF SCIENCE & TECHNOLOGY, INC.,[1] | : | NO. 09-10876 (KG) |
| | : | |
| | : | Jointly Administered |
| Debtor. | : | |
| | : | **Re: D.I. No. 214** |

### DEBTORS' DISCLOSURE PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. ("SIST") and its debtor affiliates (collectively, the "Debtors"), as debtors and debtors-in-possession in the above-captioned Chapter 11 case, hereby make the following disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure subject to the conditions stated below, in regard to the Motion for Relief from Stay filed by M & I Marshall & Ilsley Bank (D.I. No. 175, Filed June 25, 2009).

### **CONDITIONS**

A.  All disclosures are made without in any way waiving or intending to waive, but on the contrary preserving and intending to preserve:

   1. All objections as to competency, relevance, materiality, privilege and admissibility as evidenced for any purpose in subsequent proceedings or the trial of this or any other action;

   2. The right to object on any grounds at any time to the use of any of these disclosures or documents and information obtained as a result of these disclosures, of the subject matter thereof, in any subsequent proceeding or

---

[1] Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. (Federal Tax ID No. 39-1785920), U.S. Acquisitions & Oil, Inc. (Federal Tax ID No. 20-4126763), Midwest Oil of Wisconsin, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Minnesota, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Shawano, LLC (Federal Tax ID No. 39-1785920), Midwest Properties of Shawano, LLC (Federal Tax ID No. 39-1785920), and Midwest Hotels & Motels of Shawano, LLC (Federal Tax ID No. 39-1785920) have requested joint administration of their Chapter 11 cases. The business address for all of these entities is 1206 East Green Bay Street, Shawano, Wisconsin 54166.

the trial of this or any other action;

3. The right to object on any grounds at any time to a demand for further disclosures pursuant to the Rules of Civil Procedure, the Rules of Bankruptcy Procedure, the Delaware Local Rules of Bankruptcy Procedure, or to other discovery proceedings involving or relating to the subject matter of this disclosure; and

4. The right, at any time, to revise, correct, supplement, clarify and/or amend the disclosures set forth herein.

## **DISCLOSURES**

A. The following persons are likely to have discoverable information that the Debtors may use to support their claims and/or defenses:

1. Current and former employees of M & I Marshall & Ilsley Bank;

2. Naomi Isaacson, Esquire – Ms. Isaacson may be reached through Debtors' counsel;

3. Jeffrey M. Mace, President, M & I Marshall & Ilsley Bank.

B. A description of all documents and tangible things that are in the possession, custody or control of the Debtors that the Debtors may use to support their claims or defenses, unless used solely for impeachment:

1. The Customer Closing Statement for Loan No. 15071452-55680;

2. The Consolidation Loan Agreement dated effective March 15, 2008;

3. The Disbursement Request and Authorization for Loan No. 15071452-55680;

4. The Promissory Note for Loan No. 15071452-55680;

5. The Attachment to Consolidated Promissory Note for Loan No.

15071452-55680;

6. The Corporate Resolution to Borrow / Grant Collateral / Subordinate Debt for Loan No. 15071452-55680;

7. The Commercial Guaranty for Loan No. 15071452-55680;

8. The Reaffirmation of Guaranty effective March 15, 2008, and all exhibits thereto.

C. Computation of any category of damages claimed by the Debtors:

1. Not applicable. Debtors' reserve its the right to seek damages against M&I at a later date.

D. Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

1. The Debtors are unaware of any such insurance agreement at this time.

**COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.**

    /s/ Eric J. Monzo
Eric J. Monzo (DE Bar ID No. 5214)
Steve D. Usdin (PA Bar ID No. 36381)
Nella M. Bloom (PA Bar ID No. 204366)
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE 1 9801
Tel: 302.425.5089
Facsimile: 302.425.5097
E-mail:      emonzo@cohenseglias.com
                susdin@cohenseglias.com
                nbloom@cohenseglias.com
*Attorneys for the Debtors*